USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/7/2020__

**BakerHostetler**

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Amy J. Traub
direct dial: 212.589.4248
atraub@bakerlaw.com

May 7, 2020

**VIA ECF**

The Honorable Analisa Torres
United States District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Daniel Barthole v. National Securities Corporation et al.*
             Case No. 1:20-CV-536 (AT)

Dear Judge Torres:

      This Firm represents Defendants National Securities Counsel and Forte Capital Group, Inc. in the above-referenced matter. I write, pursuant to Rule I(C) of Your Honor's Individual Practices in Civil Cases, to request an adjournment of the May 21, 2020 Initial Pre-Trial Conference (IPTC) (*see* Doc. No. 8) to a date, at the Court's convenience, following the submission of Defendants' responsive pleadings, which are due on June 15, 2020 (*see* Doc. Nos. 11-12). The reason for this request is to allow Defendants the opportunity to complete their investigation into the allegations and submit their responsive pleadings prior to the IPTC to have a more meaningful discussion at the IPTC. For the same reason, Defendants also request that the deadline to submit a joint letter and proposed Case Management Plan and Scheduling Order, which is currently May 14, 2020, be adjourned accordingly to a date that is one week before any new IPTC date.

      This is the first request to adjourn these deadlines. Counsel for Plaintiff does not object to the granting of this request. We thank the Court for its consideration of this request and wish the Court well during this time.

GRANTED. The initial pretrial conference scheduled for May 21, 2020, is ADJOURNED to **June 25, 2020**, at **10:40 a.m.** By **June 18, 2020**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated: May 7, 2020
       New York, New York

                                            ANALISA TORRES
                                  United States District Judge