USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/17/2020_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL BARTHOLE, individually and on behalf of all others similarly situated,

          Plaintiff,

-against-

FORTE CAPITAL GROUP INC. and NATIONAL SECURITIES CORPORATION,

          Defendants.

20 Civ. 536 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    In order to allow mediation to take place, *see* ECF No. 20, it is ORDERED that the initial pretrial conference scheduled for June 25, 2020, and corresponding date for submitting a joint letter and proposed case management plan, are ADJOURNED *sine die*.

    SO ORDERED.

Dated: June 17, 2020
       New York, New York

                                          ANALISA TORRES
                                     United States District Judge