USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/2/2020__

**BakerHostetler**

Baker & Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Amy J. Traub
direct dial: 212.589.4248
atraub@bakerlaw.com

October 30, 2020

**VIA ECF**

The Honorable Analisa Torres
United States District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    Daniel Barthole v. National Securities Corporation et al.
            Case No. 1:20-CV-536 (AT)

Dear Judge Torres:

    This Firm represents Defendants National Securities Counsel and Forte Capital Group, Inc. in the above-referenced matter. I write, pursuant to Rule I(C) of Your Honor's Individual Practices in Civil Cases, to request a brief adjournment of the November 9, 2020 Initial Pre-Trial Conference (IPTC) (*see* Doc. No. 29) in this action. The reason for this request is because neither I nor my Associate are available on this date due to a previously scheduled mediation and another court conference. For the same reason, Defendants also request that the deadline to submit a joint letter and proposed Case Management Plan and Scheduling Order, which is currently on November 2, 2020, be adjourned to a date that is one week before any rescheduled IPTC date.

    This is the first request to adjourn the above-referenced deadlines. Plaintiff's counsel consents to this request. The parties have conferred and are available to attend an IPTC on November 18 or 19, or on another date at the Court's convenience. We thank the Court for its consideration of this request.

GRANTED. The initial pretrial conference scheduled for November 9, 2020, is ADJOURNED to **November 18, 2020**, at **11:00 a.m.** By **November 11, 2020**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated: November 2, 2020
       New York, New York

**ANALISA TORRES**
United States District Judge